# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

130324

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KATHLEEN KOSMAL,
      Plaintiff-Appellant,

v

SBC AMERITECH MICHIGAN,
      Defendant-Appellee.

SC: 130324
COA: 254144
Macomb CC: 02-005738-CD

_____/

      On order of the Court, the application for leave to appeal the October 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

s0424